1   DANIEL WOLFBERG, ESQ. (SBN 175105)
    STEPHENSON, ACQUISTO & COLMAN
2   303 North Glenoaks Boulevard, Suite 700
    Burbank, California 91502
3   (818) 559-4477
    (818) 559-5484
4   Attorneys for Plaintiff,
    LUCILLE SALTER PACKARD CHILDREN'S
5   HOSPITAL AT STANFORD

6   JEFFREY A. EYRES, ESQ. (admitted *pro hac vice*)
    LEONARD, STREET AND DEINARD
7    PROFESSIONAL ASSOCIATION
    150 South Fifth Street, Suite 2300
8   Minneapolis, Minnesota 55402
    Telephone:    (612) 335-1974
9   Facsimile:    (612) 335-1657
    -and-
10  JAMES McMANIS (SBN 40958)
    DAVID PEREZ (SBN 238036)
11  MCMANIS FAULKNER & MORGAN
    50 West San Fernando Street, 10th Floor
12  San Jose, California 95113
    Telephone:    (408) 279-8700
13  Facsimile:    (408) 279-3244
    Attorneys for Defendant,                          *E-FILED - 7/12/06*
14  FISERV BPI, INC.

15              IN THE UNITED STATES DISTRICT COURT

16           FOR THE NORTHERN DISTRICT OF CALIFORNIA

17  LUCILE SALTER PACKARD CHILDREN'S        No.  5:06-CV-00925 RMW HRL
    HOSPITAL AT STANFORD, a California
18  Non-Profit Corporation,                 STIPULATION AND [PROPOSED] ORDER
                                            SELECTING ADR PROCESS
19                    Plaintiff,

20  vs.
    FISERV BPI, INC., a Texas Corporation, and
21  DOES 1 through 25, inclusive,

22                    Defendant(s).

23

24          Counsel report that they have met and conferred regarding ADR and have reached the

25  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

26          The parties agree to participate in the following ADR process:

27  ///

28  ///

                                        1

1  **Court Processes:**
   ☐ Non-binding Arbitration (ADR L.R. 4)
2  ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
3  X Mediation (ADR L.R. 6)

4  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
   *appreciably more likely to meet their needs than any other form of ADR, must participate in an*
5  *ADR phone conference and may not file this form. They must instead file a Notice of Need for*
   *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
6

7  **Private Process:**
   ☐ Private ADR *(please identify process and provider)*
8  _____

9  The parties agree to hold the ADR session by:
   ☐ the presumptive deadline *(The deadline is 90 days from the date of the order*
10 *referring the case to an ADR process unless otherwise ordered.)*
11 x other requested deadline: <u>60 days from the scheduling conference.</u>

12 Dated: <u>6-23-06</u>
13                                         Daniel Wolfberg (SBN 175105)
                                           STEPHENSON, ACQUISTO & COLMAN
14                                         303 North Glenoaks Boulevard, Suite 700
15                                         Burbank, California 91502
                                           (818) 559-4477
16                                         (818) 559-5484

17                                         Attorneys for Plaintiff
                                           LUCILLE SALTER PACKARD
18                                         CHILDREN'S HOSPITAL AT STANFORD

19 Dated:_____
20                                         Jeffrey A. Eyres, Esq. (admitted *pro hac vice*)
                                           LEONARD, STREET AND DEINARD
21                                            Professional Association
22                                         150 South Fifth Street, Suite 2300
                                           Minneapolis, MN  55402
23                                         (612) 335-1974
                                           (612) 335-1657 (Fax)
24
25                                         Attorneys for Defendant,
                                           FISERV BPI, INC.
26

27 ///
28 ///

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
X Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*)

_____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
x other requested deadline: 60 days from the scheduling conference.

Dated:_____

                              _____
                              Daniel Wolfberg (SBN 175105)
                              STEPHENSON, ACQUISTO & COLMAN
                              303 North Glenoaks Boulevard, Suite 700
                              Burbank, California 91502
                              (818) 559-4477
                              (818) 559-5484

                              Attorneys for Plaintiff
                              LUCILLE SALTER PACKARD
                              CHILDREN'S HOSPITAL AT STANFORD

Dated: 6/23/06                _____
                              Jeffrey A. Eyres, Esq. (admitted *pro hac vice*)
                              LEONARD, STREET AND DEINARD
                                Professional Association
                              150 South Fifth Street, Suite 2300
                              Minneapolis, MN 55402
                              (612) 335-1974
                              (612) 335-1657 (Fax)

                              Attorneys for Defendant,
                              FISERV BPI, INC.

3459792.1

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
x Mediation
☐ Private ADR


Deadline for ADR session:
☐ 90 days from the date of this order.
x other -- <u>60 days of the scheduling conference.</u>

IT IS SO ORDERED

Dated:__7/12/06_____                  ___/S/ RONALD M. WHYTE_____
                                         JUDGE OF THE UNITED STATES
                                         DISTRICT COURT