JOY YOUNG STEPHENSON, ESQ.   (SBN 113755)
BARRY SULLIVAN, ESQ.   (SBN 136571)
VIOLA RITA BROWN, ESQ.   (SBN 204681)
**STEPHENSON, ACQUISTO & COLMAN**
303 NORTH GLENOAKS BOULEVARD, SUITE 700
BURBANK, CA  91502-3226
Telephone:   (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff Lucille Salter Packard Children's Hospital at Stanford

JEFFREY A. EYRES, ESQ.
**LEONARD STREET AND DEINARD**
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MINNESOTA, 55402
Telephone:   (612) 335-1500
Facsimile:   (612) 335-1657

Attorneys for Defendant Fiserv BPI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/9/06*

| | |
|---|---|
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FISERV BPI, INC., a Texas corporation, and DOES 1-25, inclusive,<br><br>Defendant(s). | CASE NO.: 5:06-CV-00925 **RMW**<br><br>**STIPULATION FOR DISMISSAL;** [PROPOSED] **ORDER** |

IT IS HEREBY STIPULATED by and between that parties to this action through their designated counsel that the above-captioned action be dismissed with

stipulation for dismissal.wpd

-1-

STIPULATION FOR DISMISSAL

prejudice pursuant to FRCP 41 (a)(1) without fees and costs assessed to either party.

SO STIPULATED.

DATED: October 27, 2006

STEPHENSON, ACQUISTO & COLMAN

By: _____
VIOLA RITA BROWN, ESQ.
BARRY SULLIVAN, ESQ.
Attorneys for Plaintiff, Lucille Salter
Packard Children's Hospital at Stanford

SO STIPULATED.

DATED: October 27, 2006

LEONARD STREET AND DEINARD

By: _____
Jeffery Eyres, ESQ.
Attorney for Defendant, Fiserv BPI

## [PROPOSED] ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1).

DATED: 11/9/06

/s/ Ronald M. Whyte
Hon. Ronald M. Whyte

stipulation for dismissal.wpd

STIPULATION FOR DISMISSAL